1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES HARRIS,                            No.  2:16-cv-0252 AC P

12                  Petitioner,

13        v.                                  ORDER

14   HEIDI LACKNER, Warden,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to submit either the appropriate affidavit in support of a request

21   to proceed in forma pauperis or the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall, within thirty days after the filing date of this order, submit an affidavit

24   in support of his request to proceed in forma pauperis, or the appropriate filing fee.

25        2.  The Clerk of the Court is directed to send petitioner a new Application to Proceed In

26   Forma Pauperis By a Prisoner.

27   ////

28   ////

1

1       3.  Failure to comply with this order will result in a recommendation that this action be

2  dismissed without prejudice.

3  DATED: February 18, 2016

4

ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28